UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                20 CR. 303 (RMB)

  -against-

**<u>ORDER</u>**

CHARLETON HIGHTOWER,
                Defendant.
------------------------------------------------------------X

      The conference scheduled for Monday, June 29, 2020 at 9:00 AM will be held by video via CourtCall.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      USA Toll-Free Number: (855) 268-7844
      Access Code: 67812309#
      PIN: 9921299#

Dated: June 25, 2020
       New York, NY

                                      RICHARD M. BERMAN
                                          U.S.D.J.