**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

        20 CR. 303 (RMB)

  -against-

        **ORDER**

CHARLESTON HIGHTOWER,
                Defendant.
------------------------------------------------------------X

      The status conference previously scheduled for Wednesday, August 17, 2020 at 9:00 AM is hereby rescheduled to Monday, August 24, 2020 at 11:00 AM.


Dated: July 29, 2020
       New York, NY

                              _____
                                RICHARD M. BERMAN
                                    U.S.D.J.