**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 19, 2020

**By ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Charleton Hightower</u>, 20 Cr. 303 (RMB)

Honorable Judge Berman:

    I write with the consent of the Government to request a 30-day adjournment of the conference presently scheduled for August 24, 2020 in the above-captioned case. Additional time would permit me to continue reviewing discovery with my client, who is incarcerated at a time when the COVID-19 pandemic has significantly limited communication between Bureau of Prisons inmates and their attorneys, and would permit the parties to discuss a potential disposition of the matter. This is the first request by any party to adjourn a conference in this case.

    The parties consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the next conference date scheduled by the Court. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender

---

Application granted. Conference adjourned to Monday, OCtober 5, 2020 at 9:00 am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 8/20/2020    *Richard M. Berman*
Richard M. Berman, U.S.D.J.