UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                Government,        :        20 CR. 303 (RMB)
                                                :
      - against -                             :        **ORDER**
                                                :
CHARLETON HIGHTOWER,                            :
                Defendant.         :
-------------------------------------------------------------x

      The Court will hold a status conference in this case on Wednesday, October 7, 2020 at 11:00 AM by video via CourtCall.

      Members of the public and the press can use the following dial-in Information to access the audio of the proceeding:

      USA Toll-Free Number: (855) 268-7844
      Access Code: 67812309
      PIN: 9921299


Dated: October 1, 2020
       New York, NY

                                              _____
                                              **RICHARD M. BERMAN**
                                                       U.S.D.J.