UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
:
UNITED STATES OF AMERICA :
:     **ORDER**
- v. - :
:     20 CR 303 (RMB)
CHARLETON HIGHTOWER, :
   a/k/a "Charlton Hightower," :
:
Defendant. :
:
------------------------------ x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on December 11, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Sentence is scheduled for April 7, 2021 at 10:30 am. Defense submission is due 3/24/21 and Government submission is due 3/31/21.

SO ORDERED:

Dated:  New York, New York
         January 14, 2021

_____
THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK