# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

March 29, 2021

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/21

Honorable Richard M. Berman
United States District Judge
South District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Charelton Hightower</u>, 20 Cr. 303 (RMB)

Dear Judge Berman:

    I write to request an adjournment of Mr. Hightower's sentencing hearing until April 14th, in the hopes that the MCC can accommodate a video conference.

Respectfully submitted,

/s/ Anna Schneider
Anna Schneider
Federal Defenders of New York
(646) 787-5435

**Application granted.**

CC: Andrew Rohrbach, Assistant U.S. Attorney
      Charleton Hightower
      Chambers

SO ORDERED:
Date: 3/30/21       Richard M. Berman
                                    Richard M. Berman, U.S.D.J.