**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                       Government,

        -against-

CHARLESTON HIGHTOWER,

                       Defendant.

-----------------------------------------------------------X

20 CR. 303 (RMB)

**ORDER**

       In light of the continuing COVID-19 pandemic, the sentencing scheduled for Wednesday, April 14, 2021 at 9:00 AM will be held by video via CourtCall, pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       USA Toll-Free Number: (855) 268-7844
       Access Code: 32091812#
       PIN: 9921299#

Dated: April 7, 2021
       New York, NY

                              RICHARD M. BERMAN
                                 U.S.D.J.