**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

                                                                    20 CR. 303 (RMB)

        -against-
                                                                    **ORDER**

CHARLETON HIGHTOWER,
                    Defendant.
-------------------------------------------------------------X

The supervised release hearing previously scheduled for Wednesday, June 2, 2021 at 9:30 AM is hereby rescheduled to Tuesday, June 1, 2021 at 10:00 AM.

In light of the continuing COVID-19 pandemic, the hearing will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0303

Dated: May 26, 2021
        New York, NY

_____
        RICHARD M. BERMAN
        U.S.D.J.