**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                          20 CR. 303 (RMB)

   -against-

                                                                                                 **ORDER**

CHARLETON HIGHTOWER,
                Defendant.
-------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, September 2, 2021 at 9:30 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   USA Toll-Free Number: (877) 336-1829
   Access Code: 6265989
   Security Code: 0303


Dated: August 19, 2021
        New York, NY

                                                _____
                                                      RICHARD M. BERMAN
                                                             U.S.D.J.