**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
             Government,

       20 CR. 303 (RMB)

  -against-

       **ORDER**

CHARLETON HIGHTOWER,
             Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, September 30, 2021 at 11:00 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0303

Dated: September 23, 2021
       New York, NY

                           _____
                              RICHARD M. BERMAN
                                  U.S.D.J.