**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                20 CR. 303 (RMB)
   -against-

                                                                               **ORDER**

CHARLETON HIGHTOWER,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, October 18, 2021 at 10:00 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   USA Toll-Free Number: (877) 336-1829
   Access Code: 6265989
   Security Code: 0303

Dated: October 13, 2021
        New York, NY

                                                                     _____
                                                                       RICHARD M. BERMAN
                                                                            U.S.D.J.