**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                            20 CR. 303 (RMB)
   -against-

                                            **ORDER**

CHARLETON HIGHTOWER,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, December 20, 2021 at 11:00 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0303

Dated: December 16, 2021
       New York, NY

                                              *Richard M. Berman*
                                              _____
                                                 RICHARD M. BERMAN
                                                      U.S.D.J.