**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                        Government,

                                                              20 CR. 303 (RMB)

        -against-

                                                              **ORDER**

CHARLETON HIGHTOWER,
                        Defendant.
-------------------------------------------------------------X


        In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled

for Monday, January 31, 2022 at 10:30 AM will be held telephonically pursuant to the CARES

Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in

information to access the audio of the proceeding:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 0303


Dated: January 26, 2022
        New York, NY



                                          _____
                                               RICHARD M. BERMAN
                                               U.S.D.J.