UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

CHARLETON HIGHTOWER,
                Defendant.
------------------------------------------------------------X

20 CR. 303 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, February 9, 2022 at 11:30 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0303

Dated: February 2, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.