UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                               20 CR. 303 (RMB)

   -against-

                                                                             **ORDER**

CHARLETON HIGHTOWER,
                Defendant.
------------------------------------------------------------X

In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, February 24, 2022 at 10:00 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   USA Toll-Free Number: (877) 336-1829
   Access Code: 6265989
   Security Code: 0303

Dated: February 16, 2022
       New York, NY

                                                  _____
                                                   RICHARD M. BERMAN
                                                        U.S.D.J.