# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 23, 2022

**By ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Charleton Hightower, 20 Cr. 303 (RMB)

Dear Judge Berman:

I write to request a one-week adjournment of the supervised release conference in the above-captioned case presently scheduled for tomorrow, February 24, 2022. In one week, Mr. Hightower anticipates being able to provide the Court with a more comprehensive update regarding the status of his ongoing efforts to secure stable housing and adequate benefits. The Probation department agrees that a one-week adjournment is appropriate under the circumstances, and the Government has no objection. All parties are available next Thursday, March 3, 2022 after 12:00 p.m.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

Application denied.

SO ORDERED:
Date: 2/23/22
Richard M. Berman, U.S.D.J.