UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                          20 CR. 303 (RMB)
   -against-

                                          **ORDER**
CHARLETON HIGHTOWER,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing scheduled for Tuesday, April 19, 2022 at 12:00 PM is hereby rescheduled to 3:00 PM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0303

Dated: April 13, 2022
       New York, NY

                                                            _____
                                                            RICHARD M. BERMAN
                                                                U.S.D.J.