**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

       -against-

CHARLETON HIGHTOWER,
                Defendant.
-----------------------------------------------------------X

20 CR. 303 (RMB)

**<u>ORDER</u>**

The Court will hold a status conference on Wednesday, May 11. 2022 at 9:00 AM.

In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 0303

Dated: May 5, 2022
      New York, NY

_____
      RICHARD M. BERMAN
      U.S.D.J.