UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

CHARLETON HIGHTOWER,
                Defendant.
------------------------------------------------------------X

20 CR. 303 (RMB)

**ORDER**

      Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

Dated: August 18, 2022
       New York, NY

                                              RICHARD M. BERMAN
                                              U.S.D.J.