**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 19, 2023

**By ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. Charleton Hightower</u>, 20 Cr. 303 (RMB) (SLC)

Dear Judge Cave:

I write with the consent of the Government and Probation to request an adjournment of the supervised release conference in the above-captioned case presently scheduled for Monday, January 23, 2023 at 12:00 p.m. Mr. Hightower has informed us that he must report to housing court on Monday to resolve matters concerning his apartment. Given the importance of Mr. Hightower's housing security to his efforts at success on supervision, we respectfully request that his supervised release conference be adjourned to another date convenient to the Court.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

CC:   AUSA Andrew Rohrbach
PO Stephanie Zhang

---

The Letter-Motion at ECF No. 104 requesting an adjournment of the supervised release hearing is GRANTED. Accordingly, the supervised release hearing is rescheduled to **Monday, January 30, 2023 at 4:30 pm**. The parties, including Mr. Hightower, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 104.

SO ORDERED 1/20/2023

SARAH L. CAVE
United States Magistrate Judge