UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

CHARLETON HIGHTOWER,

        Defendant.

CASE NO.: 20 Cr. 303 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Tuesday, February 28, 2023 at 5:00 p.m. is ADJOURNED to **Monday, March 6, 2023 at 5:00 p.m.** The parties, including Mr. Hightower, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            February 28, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**