UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

CHARLETON HIGHTOWER,

        Defendant.

CASE NO.: 20 Cr. 303 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Monday, March 6, 2023 at 5:00 p.m. is RESCHEDULED to **2:30 p.m. on the same day.** The parties, including Mr. Hightower, are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            March 1, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**