

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/23

**By ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  *United States v. Charleton Hightower*, 20 CR 303 (RMB)

Dear Judge Berman:

  The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

         Respectfully submitted,

         DAMIAN WILLIAMS
         United States Attorney

       by: _____/s/_____
         Andrew A. Rohrbach
         Assistant United States Attorney
         (212) 637-2345

CC: Ariel Werner, Esq. (by ECF)

---

Application granted. The Clerk's Office is respectfully requested to terminate the appearance of Andrew Rohrbach on the docket.

SO ORDERED:
Date: 6/7/23     /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.