UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CHARLETON HIGHTOWER,

                Defendant.

CASE NO.: 20 Cr. 303 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A supervised release hearing is scheduled for **Wednesday, June 14, 2023, at 12:00 pm** and will take place before Magistrate Judge Sarah L. Cave on the Court's conference line. The parties, including Mr. Hightower are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
             June 12, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**